# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALBERTO DELARA, et al.,

    Plaintiff(s),

v.

DIAMOND RESORTS INTERNATIONAL MARKETING, INC.,

    Defendant(s).

Case No.: 2:19-cv-00022-APG-NJK

**Order**

[Docket Nos. 69, 71]

    Pending before the Court are Plaintiffs' motion to compel and motion for sanctions. Docket Nos. 69, 71. The motion practice was filed without a complete meet and confer, which Plaintiffs blame on Defendant's insistence on instead focusing on their attempt to stay proceedings and to await a ruling on the motion to stay. *See* Docket No. 69-1 at ¶¶ 2-8, 11-12. It is clear that a rule-compliant meet and confer did not take place, *e.g.*, Local Rule IA 1-3(f), and that one should take place in the circumstances. Accordingly, the motion to compel and motion for sanctions are both **DENIED** without prejudice.

    A meet and confer must be scheduled now to take place on May 21, 2020.[1]

    IT IS SO ORDERED.

    Dated: May 15, 2020

    Nancy J. Koppe
    United States Magistrate Judge

---

[1] The Court does not herein opine on the merits of the motion to stay. In the event the motion to stay is granted before the time set for the meet and confer, then it will be deemed automatically vacated. In the event that either the motion to stay is denied or remains pending at that time, then the meet and confer must proceed with meaningful discussion as required by the governing rules and case law.