# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO DELARA,<br><br>    Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC.,<br><br>    Defendant. | Case No.: 2:19-cv-00022-APG-NJK<br><br>**Order**<br><br>[Docket No. 65] |

Pending before the Court is Defendant's motion to stay proceedings. Docket No. 65. Plaintiffs filed a response in opposition and Defendant filed a reply. Docket Nos. 67-68. The motion has been referred to the undersigned magistrate judge for handling. The Court held a hearing on the motion on May 15, 2020. Docket No. 74. A substantially similar motion was filed in the companion case of *Gonzalez v. Diamond Resorts Int'l Mktg., Inc.*, Case 2:18-cv-00979-APG-NJK. Concurrently herewith, the Court is issuing an order in *Gonzalez* denying the motion to stay, but extending certain deadlines in the scheduling order. For the reasons identified in that order, the Court also **DENIES** Defendant's motion to stay in this case, but remaining deadlines are hereby **RESET** as follows:

- Rule 30(b)(6) deposition: August 13, 2020
- Dispositive motions: September 14, 2020
- Joint proposed pretrial order: October 14, 2020, or 30 days after resolution of dispositive motions

Any deadlines not specifically identified above remain unchanged, including those set by United States District Judge Andrew P. Gordon, Docket No. 64 at 15.

IT IS SO ORDERED.

Dated: May 18, 2020

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge