1  **MICHAEL N. FEDER**
Nevada Bar No. 7332
2  DICKINSON WRIGHT PLLC
3  3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
4  Telephone:     702-550-4440
Facsimile:     844-670-6009
5  Email:          mfeder@dickinson-wright.com

6
**MARTIN D. HOLMES** (*Pro Hac Vice*)          **TREVOR W. HOWELL** (*Pro Hac Vice*)
7  Tennessee Bar No. 012122                    Tennessee Bar No. 009496
**PETER F. KLETT** (*Pro Hac Vice*)              HOWELL LAW, PLLC
8  Tennessee Bar No. 012688                    P.O. Box 158511
**AUTUMN N. GENTRY** (*Pro Hac Vice*)            Nashville, TN  37215
9  Tennessee Bar No. 020766                    Telephone:    615-406-1416
DICKINSON WRIGHT PLLC                        Email: trevor@howelllawfirmllc.com
10  Fifth Third Center, Suite 800
11  Nashville, TN 37219
Telephone:     615-244-6538
12  Facsimile:     844-670-6009
Email:          mdholmes@dickinsonwright.com
13             pklett@dickinsonwright.com
            agentry@dickinsonwright.com
14

15  *Attorneys for Plaintiff and*
*Collective Class Members*
16

17                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
18

19  ALBERTO DELARA, on behalf of himself and        Case No. 2:19-cv-00022-APG-NJK
others similarly situated,
20
                    Plaintiff,                    STIPULATION AND ORDER
                                                 EXTENDING THE DECEMBER 18,
21         v.                                     2020 DEADLINE TO FILE AN
                                                 AMENDED PROPOSED
22  DIAMOND RESORTS INTERNATIONAL                 DISCOVERY PLAN AND
MARKETING, INC.,                                SCHEDULING ORDER
23
                    Defendant.
24

25         Plaintiff and Defendant HEREBY STIPULATE AND AGREE, by and through their

26  respective counsel, as to the following:

27

28



1    1.      On August 7, 2020, the parties filed a Stipulation and Order for a Stay of

2  Proceedings until December 7, 2020, for the Parties to Prepare for and Attend Mediation.  *Doc.*

3  *97.*

4    2.      On August 10, 2020, the Court entered an Order granting the parties' request for a

5  stay until December 7, 2020, and further, ordered the parties to submit a proposed discovery plan

6  and scheduling order by December 18, 2020, in the event that mediation was unsuccessful.  *Doc.*

7  *98.*

8    3.      On December 7, 2020, the parties participated in mediation conducted by Steve

9  Rottman, a highly regarded and prominent mediator in class and collective action cases.  After

10  approximately eight hours of mediation, the parties were still at an impasse and the mediation was

11  adjourned.

12    4.      At this time, settlement discussions are still ongoing between the mediator and the

13  parties.

14    5.      In addition, the parties are continuing to confer in good faith regarding the deadlines

15  that may be contained in an amended proposed discovery plan and scheduling order.

16    6.      Based on the foregoing, the parties submit that good cause exists to extend the

17  deadline to file an amended proposed discovery plan and scheduling order by 10 days, from

18  December 18, 2020, to December 28, 2020.

19  IT IS SO STIPULATED this 18th day of December, 2020.

20

21

22

23

24

25

26

27

28



2

1 | DICKINSON WRIGHT PLLC

LEWIS ROCA ROTHGERBER CHRISTIE LLP

2 | /s/ Martin D. Holmes
MICHAEL N. FEDER
3 | Nevada Bar No. 7332
3883 Howard Hughes Parkway
4 | Suite 800
Las Vegas, NV 89169
5

6 | MARTIN D. HOLMES
7 | (*Admitted Pro Hac Vice*)
Tennessee Bar No. 012122
8 | PETER F. KLETT
(*Admitted Pro Hac Vice*)
9 | AUTUMN N. GENTRY
(*Admitted Pro Hac Vice*)
10 | Tennessee Bar No. 012688
Fifth Third Center, Suite 800
11 | 424 Church Street
Nashville, TN 37219
12
TREVOR W. HOWELL
13 | (*Admitted Pro Hac Vice*)
Howell Law, PLLC
14 | P.O. Box 158511
Nashville, TN  37215
15
*Attorneys for Plaintiff and*
16 | *Collective Class Members*

/s/ Benjamin J. Treger
HOWARD E. COLE
Nevada Bar No. 4950
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
BRIAN D. BLAKELY
Nevada Bar No. 13074
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

KIRSTIN E. MULLER
(*Admitted Pro Hac Vice*)
California Bar No. 186373
ALISON M. HAMER
(*Admitted Pro Hac Vice*)
California Bar No. 258281
BENJAMIN J. TREGER
(*Admitted Pro Hac Vice*)
California Bar No. 285283
Hirschfeld Kramer LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, California 90401

*Attorneys for Defendant*

17

18  Based on the parties' stipulations, and for good cause shown, it is hereby ORDERED that

19 the deadline for the parties to file an amended proposed discovery plan and scheduling order shall

20 be and is hereby extended from December 18, 2020, to December 28, 2020.

IT IS SO ORDERED:

21
22 | NANCY J. KOPPE
United States Magistrate Judge
23
DATED: December 21, 2020
24
25
26
27
28



3