# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO DELARA,<br><br>    Plaintiff(s),<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00022-APG-NJK<br><br>**Order**<br><br>[Docket No. 125] |

Pending before the Court is Plaintiff's motion to revive and extend various deadlines. Docket No. 125. Defendant filed a response in opposition. Docket No. 129. Plaintiff filed a reply. Docket No. 131. With respect to the expert disclosure deadlines and the discovery cutoff,[1] the Court hereby **SETS** a telephonic hearing for 10:00 a.m. on February 2, 2021. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: January 25, 2021

   _____
   Nancy J. Koppe
   United States Magistrate Judge

---

[1] Concurrently herewith, the Court is issuing an order resolving the aspect of this motion with respect to the deadline to amend the pleadings.

1