MICHAEL N. FEDER
Nevada Bar No. 7332
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone:   702-550-4400
Facsimile:   844-670-6009
Email:       mfeder@dickinsonwright.com

MARTIN D. HOLMES (*Pro Hac Vice*)
Tennessee Bar No. 012122
PETER F. KLETT (*Pro Hac Vice*)
Tennessee Bar No. 012688
AUTUMN L. GENTRY
Tennessee Bar No. 020766
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone:   615-244-6538
Facsimile:   844-670-6009
Email:       mdholmes@dickinsonwright.com
             pklett@dickinsonwright.com
             agentry@dickinsonwright.com

TREVOR W. HOWELL (*Pro Hac Vice*)
Tennessee Bar No. 009496
HOWELL LAW, PLLC
P.O. Box 158511
Nashville, TN 37215
Telephone: (615) 406-1416
Email:  trevor@howelllawfirmllc.com

*Attorneys for Plaintiff and Collective Class Members*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALBERTO DELARA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC.,<br><br>Defendant. | Case No. 2:19-cv-00022-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND THE DEADLINE FOR DEFENDANT TO FILE ITS REPLY**<br><br>**(FIRST REQUEST)** |



1

Plaintiff Alberto Delara, on behalf of himself and others similarly situated, and Defendant Diamond Resorts International Marketing, Inc. (Plaintiff and Defendant are collectively referred to as "the Parties"), by and through their respective counsel, hereby submit this Stipulation and Order extending the deadline for Plaintiff to file his opposition to Defendant's Motion for Summary Judgment by seven days and extending Defendant's deadline to file its reply by a mutual, corresponding, seven days. Defendant filed its Motion for Summary Judgment on March 19, 2021. (ECF No. 141.) Plaintiff's opposition is due by April 9, 2021. This is the Parties' first request to extend the deadlines for Plaintiff to file his opposition to Defendant's Motion for Summary Judgment and for Defendant to file its reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment.

The Parties HEREBY STIPULATE AND AGREE as to the following:

1. On March 19, 2021, Defendant filed its Motion for Summary Judgment (ECF No. 141) and Plaintiff's opposition is due on or before April 9, 2021.

2. Plaintiff's lead counsel, Martin Holmes, is traveling out of state from his home on April 5, 2021, to undergo medical testing that week and a surgical procedure under general anesthesia on April 9, 2021, the due date of Plaintiff's Opposition. Mr. Holmes is scheduled to return to home on April 12, 2021.

3. During the time period between April 5, 2021 and April 12, 2021, Mr. Holmes will have limited access to emails and other communication with co-counsel and staff, and will not be in the office during the week of April 5 – 9, 2021, to oversee the completion and filing of Plaintiff's opposition to Defendant's Motion for Summary Judgment.

4. Plaintiff's counsel has conferred with Defendant's counsel. In light of the circumstances, the Parties submit that good cause exists for a mutual, seven-day, expansion of the briefing schedule and extension of the filing deadlines. Specifically, Plaintiff would have four weeks instead of three weeks to submit his opposition, which extends his deadline from April 9, 2021, to April 16, 2021. Likewise, Defendant would have three weeks instead of two weeks to

submit its reply, which extends its deadline from April 30, 2021 to May 7, 2021.[1] The requested extensions should not cause any material delay in these proceedings.

5. Based on the foregoing, the Parties stipulate that Plaintiff's opposition to Defendant's Motion for Summary Judgments shall be filed on or before April 16, 2021 and Defendant's reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be filed on or before May 7, 2021.

IT IS SO STIPULATED this 31st day of March, 2021.

| DICKINSON WRIGHT PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| /s/ Martin D. Holmes<br>MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>3883 Howard Hughes Parkway<br>Suite 800<br>Las Vegas, NV 89169<br><br>MARTIN D. HOLMES<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012122<br>PETER F. KLETT<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012688<br>Fifth Third Center, Suite 800<br>424 Church Street<br>Nashville, TN 37219<br><br>TREVOR W. HOWELL<br>(*Admitted Pro Hac Vice*)<br>Howell Law, PLLC<br>P.O. Box 158511<br>Nashville, TN 37215<br><br>*Attorneys for Plaintiff and Collective Class Members* | /s/ Ferry Eden Lopez<br>HOWARD E. COLE<br>Nevada Bar No. 4950<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>BRIAN D. BLAKELY<br>Nevada Bar No. 13074<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br><br>KIRSTIN E. MULLER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 186373<br>ALISON M. HAMER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 258281<br>BENJAMIN J. TREGER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 285283<br>FERRY EDEN LOPEZ<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 27480<br>Hirschfeld Kramer LLP<br>233 Wilshire Boulevard, Suite 600<br>Santa Monica, California 90401<br><br>*Attorneys for Defendant* |

Based on the Parties' stipulations, and for good cause shown, it is hereby ORDERED that the Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be filed on or before

---

[1] Pursuant to Local Rule 7-2(b), Defendant's reply is due 14 days after service of Plaintiff's response.

3

April 16, 2021 and Defendant's reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be filed on or before May 7, 2021.

IT IS SO ORDERED:

_____
ANDREW P. GORDON
United States District Judge

DATED:   April 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, I caused a true and accurate copy of the foregoing STIPULATION AND ORDER EXTENDING THE DEADLINE FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND THE DEADLINE FOR DEFENDANT TO FILE ITS REPLY to be filed with the Clerk of the Court via the Court's CM/ECF system, which sent an electronic copy of same to the following counsel of record:

HOWARD E. COLE
JENNIFER K. HOSTETLER
BRIAN D. BLAKELY
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

ALISON MEGAN HAMER (Admitted Pro Hac Vice)
BENJAMIN JOSEPH TREGER (Admitted Pro Hac Vice)
KIRSTIN ELISABETH MULLER (Admitted Pro Hac Vice)
FERRY EDEN LOPEZ (Admitted Pro Hac Vice)
HIRSCHFELD KRAMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, California  90401

*Attorneys for Defendant*

/s/ Martin D. Holmes
Martin D. Holmes

4838-7932-6435 v1 [86972-1]

