Howard E. Cole
State Bar No. 4950
Jennifer K. Hostetler
State Bar No. 11994
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169-5996
Tel:  702.949.8200
Fax:  702.949.8398
E-mail: hcole@lrrc.com
Email: jhostetler@lrrc.com

Kirstin E. Muller*
California State Bar No. 186373
Alison M. Hamer*
California State Bar No. 258281
Ferry E. Lopez*
California State Bar No. 274080
Benjamin J. Treger*
California State Bar No. 285283
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA  90401
Tel:  310.255.0705
Fax:  310.266.0986
E-mail: kmuller@hkemployment.com
E-mail: ahamer@hkemploymentlaw.com
E-mail: flopez@hkemploymentlaw.com
E-mail: btreger@hkemploymentlaw.com
*Has complied with LR IA 11-2

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO DELARA, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC.,<br><br>Defendant. | Case No.  2:19-cv-00022-APG-NJK<br><br>**DEFENDANTS' <u>UNOPPOSED</u> MOTION PURSUANT TO LOCAL RULE 7-3(C) TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT THEREBY EXCEEDING LOCAL RULE 7-3(A)'S MOTION FOR SUMMARY JUDGMENT PAGE LIMIT** |

Pursuant to Local Rule LR 7-3(c), Defendant Diamond Resorts International Marketing, Inc. ("Defendant") file this <u>unopposed</u> motion to file a second Motion for Summary Judgment on grounds separate from its first Motion for Summary Judgment ("First Motion") and thereby exceed Local Rule LR 7-3(a)'s 30-page limit for motions for summary judgment.  This motion is accompanied by the required declaration, attached hereto as Exhibit A.  The factors set forth in the declaration, all of which are incorporated herein by reference, establish good cause to allow Defendant to exceed the collective 30-page motion for summary judgment page limit.  Thus, Defendant requests the Court grant this motion.

This is a complex FLSA collective action involving 251 Opt-In Plaintiffs.  On March 19, 2021, Defendant filed a Motion for Summary Judgment or in the alternative, Partial Summary Judgment addressing Defendant's procedural defenses relating to the named plaintiff and certain Opt-In Plaintiffs.  (ECF No. 141.)  Specifically, Defendant's First Motion addressed arguments that: (1) numerous Opt-in Plaintiffs are barred from participating in this collective action due to their involvement as class members in a prior wage and hour class action settlement that released the federal wage and hour claims at issue in this action, (2) one Opt-in Plaintiff is contractually barred from participating in this action by virtue of the individual release they entered into with Defendant, (3) numerous Opt-in Plaintiffs are barred from participating in this collective action because they were not employed by Defendant within the applicable statute of limitations, and (4) the named Plaintiff and multiple Opt-in Plaintiffs are barred from participating in this action due to judicial estoppel and/or a lack of standing because they filed for bankruptcy and did not report their alleged entitlement to overtime wages from Defendant and only the bankruptcy trustee has standing to pursue the claims at issue in this action.  Because the foregoing defenses related to numerous parties in this action and Defendant needed to set forth material facts relating to the various individuals, as well as the applicable law, and apply that law, the First Motion required Defendant to use 25-pages, thereby leaving 5 pages remaining on the limit LR 7-3(a) sets forth for motions for summary judgment.

Defendant intends to file a second Motion for Summary Judgment relating to its wage and hour exemption and good faith defenses – both of which are completely unrelated to the defenses

1

1   raised in its First Motion.  As in the First Motion, Defendant will require adequate pages to

2   include a statement of material facts, the applicable law, and to set forth its legal arguments.

3   Although the motion is in draft form, Defendant anticipates the second Motion for Summary

4   Judgment will be 23-pages long.  Because of the complex nature of this class and collective

5   action, as well as the level of factual detail and analysis needed to support Defendant's defenses,

6   Defendant could not have raised all of its defenses in a single motion confined to 30 pages.

7        Defendant values brevity and this Court's time.  Defendant's need to exceed the page limit

8   is not due to unnecessarily verbose drafting; rather, it is required to allow Defendant the space

9   necessary to fully argue its defenses and explain why the Court should grant summary judgment

10  in Defendant's favor.  Allowing Defendant to file a second motion for summary judgment and/or

11  exceed the page limit set forth in LR 7-3(a) also serves the interests of efficiency and judicial

12  economy by avoiding litigation of these defenses at trial.

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

Based on the foregoing, good cause exists to permit two Motions for Summary Judgment, which combined will exceed the 30-page limit set forth in LR 7-3(a).  Defendant accordingly requests permission to file a second Motion for Summary Judgment, which combined with Defendant's First Motion will exceed LR 7-3(a)'s 30-page limit by approximately 18 pages.

Dated:   April 23, 2021                    HIRSCHFELD KRAEMER LLP


                                           ____/s/ ALISON M. HAMER_____
                                           KIRSTIN E. MULLER
                                           *(Admitted Pro Hac Vice)*
                                           California Bar No. 186373
                                           ALISON M. HAMER
                                           *(Admitted Pro Hac Vice)*
                                           FERRY E. LOPEZ
                                           *(Admitted Pro Hac Vice)*
                                           California Bar No. 258281
                                           BENJAMIN J. TREGER
                                           *(Admitted Pro Hac Vice)*
                                           California Bar No. 285283
                                           Hirschfeld Kraemer LLP
                                           233 Wilshire Boulevard, Suite 600
                                           Santa Monica, CA  90401

                                           HOWARD E. COLE
                                           Nevada Bar No. 4950
                                           JENNIFER K. HOSTETLER
                                           Nevada Bar No. 11994
                                           3993 Howard Hughes Pkwy, Suite 600
                                           Las Vegas, NV  89169-5996

                                           *Attorneys for Defendant*


IT IS SO ORDERED:

Dated:__ April 26, 2021_____


                                           _____
                                           ANDREW P. GORDON
                                           UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021, I caused a true and accurate copy of the foregoing, **DEFENDANTS' UNOPPOSED MOTION PURSUANT TO LOCAL RULE 7-3(C) TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT THEREBY EXCEEDING LOCAL RULE 7-3(A)'S MOTION FOR SUMMARY JUDGMENT PAGE LIMIT** to be filed with the Clerk of the Court via the Court's CM/ECF system, which sent an electronic copy of the same to the following counsel of record:

Michael N. Feder
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV  89169
Phone: (702) 550-4440
Fax:  (844) 670-6009
Email: mfeder@dickinson-wright.com

Martin D. Holmes
Peter F. Klett
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN  37219
Phone: (615) 244-6538
Fax: (844) 670-6009
Email: mdholmes@dickinsonwright.com
Email: pklett@dickinsonwright.com

Howard E. Cole
Jennifer K. Hostetler
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169-5996
Phone: (702) 949-8200
Fax: (702) 949-8398
Email: hcole@lrrc.com; jhostetler@lrrc.com

Trevor W. Howell
Howell Law, PLLC
P.O. Box 158511
Nashville, TN 37215
Phone: (615) 406-1416
Email: trevor@howelllawfirmllc.com

Dated this 23rd day of April, 2021.

*Karen Torres*
_____
Karen Torres