1  **MICHAEL N. FEDER**
Nevada Bar No. 7332
2  DICKINSON WRIGHT PLLC
3  3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
4  Telephone:    702-550-4400
Facsimile:    844-670-6009
5  Email:    mfeder@dickinsonwright.com

6
**MARTIN D. HOLMES** (*Pro Hac Vice*)                **TREVOR W. HOWELL** (*Pro Hac Vice*)
7  Tennessee Bar No. 012122                          Tennessee Bar No. 009496
**PETER F. KLETT** (*Pro Hac Vice*)                  HOWELL LAW, PLLC
8  Tennessee Bar No. 012688                          P.O. Box 158511
**AUTUMN L. GENTRY** (*Pro Hac Vice*)                Nashville, TN 37215
9  Tennessee Bar No. 020766                          Telephone: (615) 406-1416
DICKINSON WRIGHT PLLC                                Email:  trevor@howelllawfirmllc.com
10 Fifth Third Center, Suite 800
11 424 Church Street
Nashville, TN 37219
12 Telephone:    615-244-6538
Facsimile:    844-670-6009
13 Email:    mdholmes@dickinsonwright.com
            pklett@dickinsonwright.com
14          agentry@dickinsonwright.com
15
*Attorneys for Plaintiff and*
16 *Opt-in Plaintiffs*

17                        UNITED STATES DISTRICT COURT
                               DISTRICT OF NEVADA
18

19
ALBERTO DELARA, on behalf of himself and          Case No. 2:19-cv-00022-APG-NJK
20 others similarly situated,

21                Plaintiff,                       **PLAINTIFF AND PLAINTIFF'S COUNSEL'S MOTION TO PERMIT TREVOR HOWELL TO WITHDRAW**
22       v.

23 DIAMOND RESORTS INTERNATIONAL
   MARKETING, INC.,
24
                  Defendant.
25

26       Pursuant to LR IA 11-6(b), Plaintiff and Plaintiff's Counsel move for an Order permitting

27 one of Plaintiff's counsel, Trevor Howell, to withdraw from the above-captioned matter.

28



1

As grounds for this Motion, Plaintiff and Plaintiff's counsel state that given the current procedural posture of the case, Mr. Howell's services are no longer needed as Plaintiff's counsel. Plaintiff's other counsel, Michael Feder, Peter Klett, Martin Holmes and Autumn Gentry of the law firm of Dickinson Wright, PLLC, will continue to serve as Plaintiff's counsel, therefore, no prejudice will result to the parties as the result of Mr. Howell's withdrawal.  In addition, Mr. Howell's withdrawal will not result in any delay in these proceedings.

Further, following his withdrawal as counsel, Mr. Howell agrees that he will continue to be bound by the Stipulated Protective Order entered in this matter (ECF No. 45).

Finally, Plaintiff's counsel has conferred with Plaintiff, who does not oppose Mr. Howell's withdrawal and joins in this Motion.  Pursuant to LR IA 11-6(b), Plaintiff is being served with a copy of this Motion, but will not file any opposition.

Based on the foregoing, Plaintiff and Plaintiff's counsel request that the Court enter an Order permitting Mr. Howell's withdrawal.

Respectfully submitted,

DICKINSON WRIGHT PLLC
/s/ Martin D. Holmes
MICHAEL N. FEDER
Nevada Bar No. 7332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV  89169

MARTIN D. HOLMES (*Admitted Pro Hac Vice*)
Tennessee Bar No. 012122
PETER F. KLETT (*Admitted Pro Hac Vice*)
Tennessee Bar No. 012688
AUTUMN L. GENTRY (*Admitted Pro Hac Vice*)
Tennessee Bar No. 020766
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN  37219

TREVOR W. HOWELL (*Admitted Pro Hac Vice*)
HOWELL LAW, PLLC
Tennessee Bar No. 009496
P.O. Box 158511
Nashville, TN  37215

*Attorneys for Plaintiff and Opt-in Plaintiffs*

IT IS SO ORDERED.
Dated:  August 13, 2021

_____
Nancy J. Koppe
United States Magistrate Judge