**MICHAEL N. FEDER**
Nevada Bar No. 7332
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone:     702-550-4400
Facsimile:      844-670-6009
Email:            mfeder@dickinsonwright.com

**MARTIN D. HOLMES** (*Pro Hac Vice*)
Tennessee Bar No. 012122
**PETER F. KLETT** (*Pro Hac Vice*)
Tennessee Bar No. 012688
**AUTUMN L. GENTRY**
Tennessee Bar No. 020766
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone:     615-244-6538
Facsimile:      844-670-6009
Email:            mdholmes@dickinsonwright.com
                      pklett@dickinsonwright.com
                      agentry@dickinsonwright.com

*Attorneys for Plaintiff and Collective Class Members*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO DELARA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC.,<br><br>Defendant. | Case No. 2:19-cv-00022-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINES FOR THE PARTIES TO FILE THEIR OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT AND THE DEADLINES FOR THE PARTIES TO FILE THEIR REPLIES**<br><br>**(FIRST REQUEST)** |



Plaintiff Alberto Delara, on behalf of himself and others similarly situated, and Defendant Diamond Resorts International Marketing, Inc. (Plaintiff and Defendant are collectively referred to as "the Parties"), by and through their respective counsel, hereby submit this Stipulation and Order extending the deadlines for the Parties to file their oppositions to Motions for Summary Judgment by seven days and extending the deadlines to file their replies by a mutual, corresponding, seven days. Defendant filed its Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment on July 30, 2021 (ECF No. 160). Plaintiff filed his Motion for Partial Summary Judgment on Defendant's §207(i) Affirmative Defense on July 30, 2021 (ECF No. 163). Both Defendant's Motion and Plaintiff's Motion address the issue of whether Plaintiff and Collective Class Members are exempt under the retail or service establishment exemption contained in §207(i) of the Fair Labor Standards Act.

The parties' oppositions to each parties' respective Motions are due by August 20, 2021. Under the Local Rules, replies are due within 14 days of the responses in opposition.

This is the Parties' first request to extend the deadlines for the Parties to file their oppositions and replies.

The Parties HEREBY STIPULATE AND AGREE as to the following:

1. On July 30, 2021, Defendant filed its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (ECF No. 160) and Plaintiff's opposition is due on or before August 20, 2021.

2. On July 30, 2021, Plaintiff filed his Motion for Partial Summary Judgment (ECF No. 163) and Defendant's opposition is due on or before August 20, 2021.

3. One of Plaintiff's counsel, Autumn Gentry, suffered a sudden and unexpected loss of an immediate family member on August 11, 2021, and has been out of the office since that time and will be out of the office through August 20, 2021, dealing with the loss of her family member and the necessary arrangements that are being made as a result of the death. Ms. Gentry was responsible for taking the lead role in drafting Plaintiff's Motion for Partial Summary Judgment and is also taking the lead role in drafting the response in opposition to Defendant's Motion for



Summary Judgment and the subsequent reply.  Due to Ms. Gentry's current situation, it will cause an extreme hardship on her to work on the response in opposition during this time frame for filing on or before August 20, 2021.  During the time period between August 11, 2021 and August 20, 2021, Ms. Gentry will have limited access to emails and other communication with co-counsel and staff, and will not be in the office during this time frame to oversee the completion and filing of Plaintiff's opposition to Defendant's Motion for Summary Judgment.

       4.      Plaintiff's counsel has conferred with Defendant's counsel.  In light of the circumstances, the Parties submit that good cause exists for a mutual, seven-day expansion of the briefing schedule and extension of the filing deadlines.  Specifically, instead of filing their respective oppositions on or before August 20, 2021, the Parties would file their oppositions on or before August 27, 2021.  Such extensions would necessarily extend the deadline for the filing of replies, which under the Local Rules, are due within 14 days of the oppositions.[1]

       5.      The requested extensions should not cause any material delay in these proceedings.

       6.      Based on the foregoing, the Parties stipulate that the Parties' oppositions to the Motions for Summary Judgment/Partial Summary Judgment shall be filed on or before August 27, 2021 and the parties' replies to the oppositions shall be filed on or before September 10, 2021.

IT IS SO STIPULATED this 16st day of August, 2021.

---

[1] Pursuant to Local Rule 7-2(b), replies are due 14 days after service of the responses.



3

| | |
|---|---|
| DICKINSON WRIGHT PLLC | HIRSCHFELD KRAMER LLP |
| /s/ Martin D. Holmes | /s/ Benjamin J. Treger |
| MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>3883 Howard Hughes Parkway<br>Suite 800<br>Las Vegas, NV 89169 | KIRSTIN E. MULLER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 186373<br>ALISON M. HAMER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 258281<br>BENJAMIN J. TREGER<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 285283<br>FERRY EDEN LOPEZ<br>(*Admitted Pro Hac Vice*)<br>California Bar No. 27480<br>233 Wilshire Boulevard, Suite 600<br>Santa Monica, California 90401 |
| MARTIN D. HOLMES<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012122<br>PETER F. KLETT<br>(*Admitted Pro Hac Vice*)<br>Tennessee Bar No. 012688<br>Fifth Third Center, Suite 800<br>424 Church Street<br>Nashville, TN 37219 | HOWARD E. COLE<br>Nevada Bar No. 4950<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>BRIAN D. BLAKELY<br>Nevada Bar No. 13074<br>Lewis Roca Rothgerger Christie LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996 |
| *Attorneys for Plaintiff and Collective Class Members* | *Attorneys for Defendant* |

Based on the Parties' stipulations, and for good cause shown, it is hereby ORDERED that the parties' oppositions to the Motions for Summary Judgment/Partial Summary Judgment shall be filed on or before August 27, 2021 and the replies to oppositions shall be filed on or before September 10, 2021.

IT IS SO ORDERED:

_____
ANDREW P. GORDON
United States District Judge

DATED: August 17, 2021

