UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ALBERTO DELARA, | Case No.: 2:19-cv-00022-APG-NJK |
|---|---|
| Plaintiff | **Order Granting Motion to Seal** |
| v. | [ECF No. 173] |
| DIAMOND RESORTS INTERNATIONAL MARKETING, INC., | |
| Defendant | |

I previously ordered the temporary sealing of some documents filed by plaintiff Alberto Delara. ECF No. 166. Because I was skeptical of the confidential nature of those documents, I ordered defendant Diamond Resorts International Marketing Inc. (Diamond) to file a new motion to seal if it wanted to keep those documents sealed. *Id.* Diamond now moves to seal only three of those documents: Exhibit 2 to the plaintiff's motion (ECF No. 163-2) and Exhibits B and C to the Declaration of Martin Holmes (ECF No. 163-3). ECF No. 173.

Diamond has offered sufficient reasons to keep those three documents confidential, so I will allow them to remain under seal. *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1178-81 (9th Cir. 2006).

I THEREFORE ORDER that Diamond's motion to seal **(ECF No. 173) is granted.** Exhibit 2 to the plaintiff's motion (ECF No. 163-2) and Exhibits B and C to the Declaration of Martin Holmes (ECF No. 163-3) shall remain sealed. Likewise, ECF No. 165 shall remain sealed.

/ / / /

/ / / /

I FURTHER ORDER plaintiff Alberto Delara to file publicly accessible versions of the other exhibits he filed under seal that are no longer to be sealed. Those exhibits must be filed by September 24, 2021.

DATED this 7th day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE