Howard E. Cole
State Bar No. 4950
Jennifer K. Hostetler
State Bar No. 11994
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169-5996
Tel:  702.949.8200
Fax:  702.949.8398
E-mail: hcole@lrrc.com
E-mail: jhostetler@lrrc.com

Kirstin E. Muller*
California State Bar No. 186373
Alison M. Hamer*
California State Bar No. 258281
Ferry E. Lopez*
California State Bar No. 274080
Benjamin J. Treger*
California State Bar No. 285283
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA  90401
Tel:  310.255.0705
Fax:  310.266.0986
E-mail: kmuller@hkemploymentlaw.com
E-mail: ahamer@hkemploymentlaw.com
E-mail: flopez@hkemploymentlaw.com
E-mail: btreger@hkemploymentlaw.com
*Has complied with LR IA 11-2

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO DELARA, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC.,<br><br>Defendant. | Case No.  2:19-cv-00022-APG-NJK<br><br>**STIPULATION OF DISMISSAL AS TO CERTAIN OPT-IN PLAINTIFFS AND ORDER** |

Pursuant to LR IA 6-2 and the Court's Order Granting in Part Motion for Summary Judgment [ECF No. 182], the Parties hereby stipulate that the following FLSA Opt-In Plaintiffs are dismissed from this action because they (1) filed for bankruptcy protection and lack standing to assert their claims, (2) released their claims, and/or (3) are time barred from asserting their claims.

**I.    Opt-In Plaintiffs Who Lack Standing Due to Their Bankruptcy Filings**

Pursuant to the Court's Order (ECF No. 182, at 7:8-15), the Parties stipulate that the following individuals' claims under the FLSA are dismissed.

1. Susan D. Beckett
2. Cheyenne Diaz
3. Richard Diaz
4. Jennifer R. Keller (Par-sons)
5. James King
6. Stuart Alan Strauss

**II.   FLSA Opt-In Plaintiffs Who are Partially Dismissed Due to Their Bankruptcy Filings**

Pursuant to the Court's Order (ECF No. 182, at 7:16-20), the Parties stipulate that the following individuals' claims under the FLSA up to the dates specified below are dismissed, and their "claims that arose after their bankruptcy proceeding was discharged or dismissed" will remain in the action.

1. Alberto Delara (claim dismissed for period prior to 12/16/16)
2. Michael George Murrell (claim dismissed for period prior to 4/17/17)
3. Denise Carla Smith (claim dismissed for period prior to 1/31/19)
4. Sheila D. Van Diver (claim dismissed for period prior to 11/4/16)
5. Mary Watchorn (claim dismissed for period prior to 9/28/17)

**III.  Opt-In Plaintiffs Who are Dismissed Due to Collateral Estoppel**

Pursuant to the Court's Order (ECF No. 182, at 6:1-4), the Parties stipulate that the following individuals' claims under the FLSA are dismissed.

1

1. Andrews, Jennifer A
2. Arsenault, Darlene Marie
3. Atkinson, Sherrie Jonette
4. Baptiste, Richard Allen
5. Batchelor, Catherine Rose
6. Biondo, Tonya Jean
7. Brun, Daphne Benedicte
8. Chotalal, Emerald Flora
9. Strauss, Stuart Alan
10. Ellis, Parinaz Shahraray
11. Fitzpatrick, Ethan Arron
12. Fuery, Shirley
13. Gay, Jeffrey Lee
14. Gottuso, Kimberly Catherine
15. Graff, Jacob Daniel
16. Gray, Ryon S.
17. Karam, Grace
18. King, James Robert
19. Beckett, Susan Dorothy
20. Lewis, Joseph Dewayne
21. Mackabee, Lakesha Kaye
22. Price, Pamela Yevetta
23. Pullum, Sierra Amber
24. Shaw, William Fred
25. Slade Merchant, Kelly Monique
26. Solimeno, Therese
27. Stevens, Leonard William
28. Tatkiewicz, Irena E

29. Tenebruso, Daniel Sergio

30. Winter Cherry, Molly Jean

31. Valentine, Geoff

**IV.  Opt-In Plaintiff Who is Dismissed Due to Individual Settlement**

Pursuant to the Court's Order (ECF No. 182, at 6:5-8), the Parties stipulate that the following individual's claims under the FLSA are dismissed.

1. Kenza El Ansari

**V.  Opt-In Plaintiffs Who are Dismissed Due to Statute of Limitations**

Pursuant to the Court's Order (ECF No. 182, at 8:1-5), the Parties stipulate that the following individuals' claims under the FLSA are dismissed.

1. Attiah, Margaret Daniel
2. Bracho, Elisha Marie
3. Edwards, Iliana Lily
4. Freeman, Elizabeth Ann
5. Graciani, Jahaira Evette
6. Hambek, Phyllis Ann
7. Kluk, Marcelina Elizbieta
8. King, Jillian Marie
9. Mackabee, Lakesha Kaye
10. Shaw, William Fred
11. Patrick, Theresa
12. Solimeno, Therese
13. Tatkiewicz, Irena E
14. Thompson, Michele Leigh

///

///

15. Tracie Flowers

IT IS SO STIPULATED this 10th day of February 2022.

| HIRSCHFELD KRAEMER LLP | DICKINSON WRIGHT PLLC |
|---|---|
| */s/ Ferry Lopez*<br>KIRSTIN E. MULLER<br>*(Admitted Pro Hac Vice)*<br>California Bar No. 186373<br>ALISON M. HAMER<br>*(Admitted Pro Hac Vice)*<br>California Bar No. 258281<br>FERRY E. LOPEZ *(Admitted Pro Hac Vice)*<br>California Bar No. 274080<br>BENJAMIN J. TREGER<br>*(Admitted Pro Hac Vice)*<br>California Bar No. 285283<br>Hirschfeld Kraemer LLP<br>233 Wilshire Boulevard, Suite 600<br>Santa Monica, CA  90401<br>HOWARD E. COLE<br>Nevada Bar No. 4950<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV  89169-5996<br>*Attorneys for Defendant* | */s/ Martin D. Holmes*<br>MARTIN D. HOLMES<br>*(Admitted Pro Hac Vice)*<br>Tennessee Bar No. 012122<br>PETER F. KLETT<br>*(Admitted Pro Hac Vice)*<br>Tennessee Bar No. 012688<br>Fifth Third Center, Suite 800<br>424 Church Street<br>Nashville, TN  37219<br><br>MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>DICKINSON WRIGHT PLLC<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, NV  89169<br><br>*Attorneys for Plaintiff and Opt-in Plaintiffs* |

**ORDER**

Based on the Parties' Stipulation, and for good cause shown, it is hereby ORDERED that the Stipulation of Dismissal as to Certain Opt-In Plaintiffs be granted, and the individuals identified in the Stipulation are dismissed from the action as specified above.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 11, 2022