# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO DELARA, | Case No.: 2:19-cv-00022-APG-NJK |
| Plaintiff, | **Order** |
| v. | |
| DIAMOND RESORTS INTERNATIONAL MARKETING, INC., | |
| Defendant. | |

I ORDER that any response to the defendants' emergency motion to stay proceedings (ECF No. 195) must be filed by Friday, March 18, 2022. Any reply must be filed by Tuesday, March 22, 2022.

DATED this 14th day of March, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE