# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO DELARA, | Case No.: 2:19-cv-00022-APG-NJK |
| Plaintiff | **Order** |
| v. | [ECF No. 195] |
| DIAMOND RESORTS INTERNATIONAL MARKETING, INC., | |
| Defendant | |

In light of the parties' notice of settlement (ECF No. 203),

I ORDER that the defendant's motion to stay case **(ECF No. 195) is DENIED as moot**.

DATED this 18th day of May, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE