**MICHAEL N. FEDER**
Nevada Bar No. 7332
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone:     702-550-4400
Facsimile:      844-670-6009
Email:            mfeder@dickinsonwright.com

**MARTIN D. HOLMES** (*Pro Hac Vice*)
Tennessee Bar No. 012122
**PETER F. KLETT** (*Pro Hac Vice*)
Tennessee Bar No. 012688
**AUTUMN L. GENTRY** (*Pro Hac Vice*)
Tennessee Bar No. 020766
DICKINSON WRIGHT PLLC
Fifth Third Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone:     615-244-6538
Facsimile:      844-670-6009
Email:            mdholmes@dickinsonwright.com
                     pklett@dickinsonwright.com
                     agentry@dickinsonwright.com

*Attorneys for Plaintiff and Opt-in Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO DELARA, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND RESORTS INTERNATIONAL MARKETING, INC., <br><br> Defendant. | Case No. 2:19-cv-00022-APG-NJK <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SETTLEMENT (ECF NO. 203)** |



1

On May 4, 2022, Defendant filed a Notice of Settlement (ECF No. 203), advising the Court that the parties had reached a collective action settlement agreement in principle and were in the process of preparing a memorandum of understanding of the terms and the necessary paperwork to request Court approval. Defendant advised the Court that it anticipated the settlement documents would be finalized within the next 45 days. Based on the foregoing, Defendant requested that the Court vacate all current deadlines and obligations, and further, that the Court set a deadline in 45 days for the parties to file a joint status report. *Id.*

Plaintiff agrees with Defendant's Notice of Settlement within one exception. As opposed to setting a deadline to file a "joint status report regarding settlement," Plaintiff requests that the Court enter an order establishing a deadline for the filing of pleadings and other related documents seeking Court approval of the collective action settlement on or before June 14, 2022.

There is no legitimate reason why the parties should file a "joint status report," much less be given 45 days from the filing of the Notice of Settlement on May 4, 2022 to do so. This is especially so given that, the parties have already agreed to all material terms. In order to avoid unnecessary delay and to encourage the parties to proceed diligently, a June 14, 2022 deadline to file pleadings and related documents seeking Court approval of the collective action settlement is more appropriate.

///
///
///
///
///
///
///
///
///

**CONCLUSION**

Based on the foregoing, Plaintiff requests an order establishing a June 14, 2022 deadline for the filing of pleadings and related documents seeking Court approval of the collective action settlement.

Respectfully submitted,

DICKINSON WRIGHT PLLC

*/s/ Martin D. Holmes*
MICHAEL N. FEDER
Nevada Bar No. 7332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV  89169

MARTIN D. HOLMES (*Admitted Pro Hac Vice*)
Tennessee Bar No. 012122
PETER F. KLETT (*Admitted Pro Hac Vice*)
Tennessee Bar No. 012688
AUTUMN L. GENTRY (*Admitted Pro Hac Vice*)
Tennessee Bar No. 020766
424 Church Street, Suite 800
Nashville, TN  37219

*Attorneys for Plaintiff and Opt-in Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2022, I caused a true and accurate copy of the foregoing, PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SETTLEMENT to be filed with the Clerk of the Court via the Court's CM/ECF system, which sent an electronic copy of same to the following counsel of record:

HOWARD E. COLE
JENNIFER K. HOSTETLER
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

ALISON MEGAN HAMER (Admitted Pro Hac Vice)
BENJAMIN JOSEPH TREGER (Admitted Pro Hac Vice)
KIRSTIN ELISABETH MULLER (Admitted Pro Hac Vice)
FERRY EDEN LOPEZ (Admitted Pro Hac Vice)
HIRSCHFELD KRAMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, California 90401

*Attorneys for Defendant*

/s/ Martin D. Holmes
Martin D. Holmes

4880-4120-7072 v1 [86972-1]

