UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALBERTO DELARA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC.,<br><br>Defendant. | Case No. 2:19-cv-00022-APG-NJK<br><br>**Order and Judgment Granting Final Approval of the FLSA Collective Action Settlement**<br><br>[ECF No. 206] |

On October 3, 2022, the plaintiff filed his Unopposed Motion for Final Approval of the FLSA Collective Action Settlement and Supporting Memorandum. ECF No. 206. Good cause appearing, I grant the motion.

I THEREFORE ORDER that the plaintiff's Motion **(ECF No. 206) is GRANTED**.

I approve the terms and conditions of the parties' settlement as set forth in the Settlement Agreement and Release (ECF No. 206-1) (the Agreement). I find that the defendant's payment of the gross settlement in the amount of $1,159,137.00 is a fair and reasonable compromise and settlement of the plaintiff's and FLSA Collective Action Members'[1] claims in this action arising under the Fair Labor Standards Act (FLSA).

---

[1] The Agreement defines "FLSA Collective Action Members" as "[a]ll individuals who have filed a notice of consent to join this Lawsuit, and did not subsequently withdraw such notice of consent and/or who the Court has not dismissed, who, at any time since August 20, 2016, were employed by [Defendant] as a Concierge or Marketing Supervisor." *See* ECF No. 206-1, Agreement, ¶ 9. Currently, there are 207 FLSA Collective Action Members who remain in this lawsuit and are subject to the Agreement and settlement.

I find that the parties' settlement is a fair and reasonable resolution of disputes over FLSA provisions. First, the three-and-one-half-year history of the case, with over 200 filings, demonstrates a bona fide dispute. Second, there is no evidence of collusion, and the settlement is the result of arms-length negotiations between experienced counsel representing the interests of both sides and with the assistance of private mediator David Rotman. Finally, as fully outlined in the plaintiff's motion and the declaration of Martin Holmes (ECF No. 206-2), the settlement confers a substantial benefit to all FLSA Collective Action Member similarly situated to the plaintiff, considering the strength of their claims; the risk, expense, complexity and duration of further litigation; the risk of maintaining collective action status throughout the trial; the amount offered in the settlement; the extent of discovery completed and the stage of the proceedings; and the experience and views of Class Counsel.

I approve plaintiff Alberto Delara's request for an Incentive Award in the amount of $20,000.00. The amount requested is fair and reasonable based on the time Delara spent on the litigation, the risks and burdens he carried as a result of the litigation, the particular benefit he provided to FLSA Collective Action Members as a whole throughout the litigation, and his general release of all claims against the defendant.

I approve the plaintiff's request for attorney's fees in the amount of $620,801.50. The amount is fair and reasonable in light of the lodestar method in allocating the Gross Settlement Amount in this case.

I approve the plaintiff's request for costs in the amount of $125,059.00. The amount is fair and reasonable.

I approve KCC Class Action Services, LLC (KCC) to serve as the Settlement Administrator, with administration costs not to exceed $19,500.00. Settlement administration

costs will be paid out of the Gross Settlement Amount.  If the settlement administrator costs are less than $19,500.00, the difference will be added to the Net Settlement Amount.

I approve the proposed apportionment of the Gross Settlement Amount and Net Settlement Amount as set forth in the Agreement.  This apportionment is fair and reasonable.

I lift the stay of the case as to FLSA Collective Action Members who were subject to the defendant's arbitration agreement and compelled to submit their claims to arbitration as reflected in my December 27, 2021 Order. ECF No. 181.

DATED this 7th day of October, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE